IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JONATHON HANSON,**

    **Plaintiff,**

**v.**                                                                                        **Case No. 4:24-cv-440-AW-MJF**

**RICKY DIXON, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Jonathon Hanson, a pro se prisoner plaintiff, sued several prison officials. ECF No. 1. The magistrate judge noted that the complaint showed on its face that Hanson did not exhaust all administrative remedies under the PLRA. ECF No. 9. The magistrate judge then gave Plaintiff an opportunity to voluntarily dismiss, after which he could exhaust and refile. *Id.* Hanson did not respond to the order. The magistrate judge then issued a report and recommendation that concluded the court should dismiss *sua sponte* for lack of PLRA exhaustion. ECF No. 15. Hanson did not file any objection to the report and recommendation. Having carefully considered the matter, I now adopt the report and recommendation, incorporate it into this order, and dismiss Hanson's claims without prejudice.

As the report and recommendation notes, lack of exhaustion is an affirmative defense, and affirmative defenses are not typically addressed at the motion-to-dismiss stage. Yet when the face of the complaint shows an affirmative defense will

1

preclude relief, the court may decide the issue at this stage. *See Bingham v. Thomas*, 654 F.3d 1171, 1175 (11th Cir. 2011) ("A complaint may be dismissed if an affirmative defense, such as failure to exhaust, appears on the face of the complaint. Otherwise, exhaustion and other affirmative defenses must be raised in a responsive pleading."); *Booth v. Allen*, 758 F. App'x 899, 901 (11th Cir. 2019). Thus, dismissal is appropriate.

The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to exhaust administrative remedies under the Prison Litigation Reform Act." The clerk will then close the file.

SO ORDERED on March 31, 2025.

s/ *Allen Winsor*  
United States District Judge